UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BERNARD D. WILSON,

     Plaintiff,

v.                              Case No.:  2:23-cv-247-SPC-KCD

S. WRIGHT, NOVAK, ROSS,
LARSON, MARSHALL, KRALLE,
BOWMAN, JANE DOE and
PETERSON,

     Defendants.

_____/

## OPINION AND ORDER[1]

Before the Court is Plaintiff Bernard D. Wilson's Complaint for Violation of Civil Rights (Doc. 1). Wilson—a prisoner of the Florida Department of Corrections—asserts five claims (by the Court's count) against nine Defendants, each a correctional officer or medical worker at Charlotte Correctional Institution or Cross City Correctional Institution. United States Magistrate Judge Kyle C. Dudek granted Wilson leave to proceed *in forma pauperis*, so the Court must review the complaint to determine whether it is

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

frivolous or malicious, fails to state a claim, or seeks monetary damages from anyone immune from such relief.  *See* 28 U.S.C. § 1915(e)(2).

Wilson must correct a defect in his Complaint before the Court can conduct a meaningful review.  The Complaint asserts unrelated claims against multiple defendants.  Wilson's claims cannot be joined together in a single action because they did not arise out of the same transaction or occurrence. *See* Fed. R. Civ. P. 20(a)(2).  "A plaintiff may set forth only related claims in one civil rights complaint."  *Rosado v. Nichols*, 2:18-CV-195-JES-MRM, 2017 WL 1476255, at *6 (M.D. Fla. 2017).  As the Seventh Circuit observed, "multiple claims against a single party are fine, but Claim A against Defendant 1 should not be joined with unrelated Claim B against Defendant 2.  Unrelated claims against different defendants belong in different suits[.]"  *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007).

Wilson may file an amended complaint, but it must not state unrelated claims against multiple defendants.  Wilson can, of course, commence multiple actions by filing multiple complaints, but he will incur a filing fee for each action.  Wilson must assert the claims that arose at Cross City Correctional Institution in the Gainesville Division of the United States District Court for the Northern District of Florida.

Accordingly, it is now

**ORDERED:**

Plaintiff Bernard Wilson's Complaint for Violation of Civil Rights (Doc. 1) is **DISMISSED without prejudice**.   Wilson may file an amended complaint on or before **May 1, 2023**.   **Otherwise, the Court will enter judgment and close this case.**

**DONE** and **ORDERED** in Fort Myers, Florida on April 14, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record